# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL

            V.           **JUDGMENT IN A CIVIL CASE**

JOE S. REYNA

                                    **CASE NUMBER:**    09cv2894-JM(JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court denies Plaintiff's motion to proceed in forma pauperis and for appointment of counsel as moot and dismisses the action without prejudice.....................................................................................
.........................................................................................................................................................

| January 4, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                    S/T. Lee
                                    (By) Deputy Clerk

ENTERED ON January 4, 2010